PHILIP WEISHAR, Respondent, *v.* FANNIE WEISHAR, Appellant.

Supreme Court, Appellate Term, Second Department, June 28, 1929.

PER CURIAM. Appeal from order dismissed, with ten dollars costs. The order of the Municipal Court adjudging the defendant in contempt is not appealable. (Mun. Ct. Code § 154.) It is not a final order in a special proceeding, but is merely a motion in the action. (Judiciary Law, § 761; *Matter of Shapiro*, 64 Misc. 476.)

Present— CROPSEY, MACCRATE and LEWIS, JJ.